388 P.3d 905

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Nikki MELOCHE, also known as Nikki D. Meloche and Nikki Diane Meloche, Defendant-Appellant**

**NO. CAAP-16-0000010**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, December 8, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT HONOLULU DIVISION (CASE NO. 1DTC-15-075484)

## SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 905

**CHILD SUPPORT ENFORCEMENT AGENCY, State of Hawai'i, Plaintiff-Appellee,**

v.

**GD, Defendant-Appellant, and JG, Defendant**

**NO. CAAP-16-0000177**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, December 8, 2016.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT (FC-P NO. 10-1-0046)

## SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 905

**Scott T. FUJIWARA, Plaintiff-Appellee,**

v.

**John M. OHAMA, Defendant-Appellant**

**NO. CAAP-13-0005334**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, December 13, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION, (CIVIL NO. 1RC-13-1-4379)

## SUMMARY DISPOSITION ORDER

Remanded.